The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
New York, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

March 4, 2021

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:  United States v. Jaime Granados Rendon
            Cr. Docket No. 11-557 (KAM)

Dear Judge Matsumoto:

    I represent Mr. Rendon in the above-referenced matter, which is presently scheduled for a status conference on March 10, at 9:00.

    In my last two letters, I indicated that the defense anticipated filing a pre-trial motion that was dependent on records from Mexico, which the government planned to request through diplomatic channels with a return expected in mid-December 2020. Unfortunately, the records still have not yet been received, due in part to reduced work capacity in Mexico because of Covid-19. The government expects that the records will be received soon. The defense will then need time to review them and to propose a schedule should the records support a motion.

    To allow for the receipt and review of the records, the parties seek an adjournment of the status conference for approximately 60 days. The defense consents to exclusion of time until the next status conference under the Speedy Trial Act.

                                      Respectfully submitted,

                                      James M. Branden