

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 29, 2021

<u>By ECF</u>

The Honorable Kiyo A. Matsumoto
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>United States v. Jaime Granados-Rendon, 11-CR-557 (KAM)</u>

Dear Judge Matsumoto:

  This letter is to request that the status conference set for July 7, 2021 in the above-captioned matter be adjourned for approximately 60 days and that speedy trial time be excluded until that date.

  As defense counsel has indicated in prior letters to the Court, the parties are in the process of seeking records from Mexico. The government has obtained an initial set of those records which were promptly produced to the defendant. However, the records were not a complete set of the materials requested and, accordingly, the government has submitted supplemental requests. The parties await the additional materials. An adjournment will enable the additional time needed to collect the relevant records and for defense to review those records in anticipation of potential motion practice. The defense consents to this request.

          Very truly yours,

          JACQUELYN M. KASULIS
          Acting United States Attorney

     By:    /s/
          Jennifer M. Sasso
          Assistant U.S. Attorney
          (718) 254-6402

CC: James Branden, Esq. (by ECF)

2