The Law Office of James M. Branden
80 Bay Street Landing, Suite 7J
New York, New York 10301
Tel. 212-286-0173
Fax 212-286-0495

January 10, 2022

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Jaime Granados Rendon
        Cr. Docket No. 11-557 (KAM)

Dear Judge Matsumoto:

  I represent Mr. Rendon in the above-referenced matter. A status conference is scheduled for January 13 at 10:00 p.m. I write to request an adjournment of the status conference for approximately three weeks. Mr. Rendon is presently housed on a floor at the MDC that is quarantined. As such, I do not believe he can appear in person for the conference. In addition, I need to review additional discovery recently provided by the government with Mr. Rendon and because of present visiting restrictions I have not been able to do so. Specifically, due to the Omicron Covid variant, the MDC no longer allows counsel visits. Further, because Mr. Rendon is under quarantine, he cannot appear for a videoconference. Finally, I have been unable to speak with him over the telephone as competition for scheduling such a conference is intense. Even were I to secure a time, in my recent experience, for some reason, the teleconferencing has been marred by technical problems and the inmate is usually inaudible. I believe the quarantine will end soon and then it will be easier for me to meet with Mr. Rendon at least by videoconference. A three-week adjournment should accommodate us.

  The government (as per AUSA Jennifer Sasso) consents to this request. The defense consents to the exclusion of time under the Speedy Trial Act.

              Respectfully submitted,

              James M. Branden